```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                          :
UNITED STATES OF AMERICA,                 :      17-CR-84 (VSB)
                                          :
            -v-                           :      ORDER
                                          :
JOEY HERNANDEZ,                           :
                  Defendant.              :
                                          :
---------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

It is hereby ORDERED that the defendant's terms of supervised release is revoked and he is remanded to the custody of the United States Marshal's Service.

Dated:   November 16, 2021
         New York, New York

                                                 _____
                                                 VERNON S. BRODERICK
                                                 United States District Judge