**PG | PERRY GUHA LLP**

SAMIDH GUHA
212-399-8350 PHONE
sguha@perryguha.com EMAIL

December 3, 2021

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J.  12/03/21
>
> The hearing currently scheduled for December 6, 2021 is adjourned to December 21, 2021 at 2:30 PM.

Re:   *United States v. Joey Hernandez*
      17 Cr. 084 (VSB)
      Request for Adjournment

Dear Judge Broderick:

    We write on behalf of our client Joey Hernandez in connection with the upcoming violation of supervised release hearing currently scheduled before Your Honor to be held on Monday, December 6, 2021. We respectfully request a brief adjournment of one to two weeks or such time that Your Honor deems appropriate in order to permit us to confer further with our client.

    As Your Honor is aware, Mr. Hernandez was remanded on Tuesday, November 16, 2021 after the Court's consideration of the Amended Violation Report submitted by the Probation Department on or about November 14, 2021. We have had limited contact with Mr. Hernandez via telephone due to his quarantine by the Bureau of Prisons and a subsequent lockdown in the facility. We have secured and reviewed discovery from his defense counsel in the state case related to the Amended Violation Report but have not been able to discuss the evidence fully with Mr. Hernandez. We are confident that we will be able to do so should the Court grant a brief adjournment of this matter.

    Thank you for Your Honor's consideration of this request.

Sincerely,

[signature]

Samidh Guha

cc:  AUSA Jordan Estes
     Probation Officer Noah Joseph